AO 240 (Rev. 9/96)

$500 Filing Fee Paid

# COPY UNITED STATES DISTRICT COURT

IN THE MIDDLE      District of PENNSYLVANIA

Edward Ackerman

Plaintiff

**FILED SCRANTON**

v.

JUN 13 2001

John McCullough

PER _____ /s/ _____
DEPUTY CLERK

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE 1:CV-01-10__

I, __Edward Ackerman__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __SCI Houtzdale__

    Are you employed at the institution? __YES__    Do you receive any payment from the __YES__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     ☐ Yes     ☒ No
    b. Rent payments, interest or dividends              ☐ Yes     ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes     ☒ No
    d. Disability or workers compensation payments       ☐ Yes     ☒ No
    e. Gifts or inheritances                             ☒ Yes     ☐ No
    f. Any other sources                                 ☐ Yes     ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

(Rev. 9/96)

I receive small monetary gifts from family members to pay student loan and for hygiene expenseses.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_April 30, 2001_  _____
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM      RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING      DATE   5/01/2001
REMOTE PRINT TIME 12:59           FROM PURGE FILE           PAGE          1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| CW5843 | ACKERMAN | EDWARD | | 50.19 |

| BATCH # | DATE MO DY YEAR | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|
| 9010 | 10-05-2000 | 34 RADIO/TV CABLE TV SERVICE | -9.00 | 41.19 |
| 8285 | 10-11-2000 | 32 HOU COMMISSARY FOR 10-11-2000 | -8.30 | 32.89 |
| 451 | 10-12-2000 | 10 MAINTENANCE PAYROLL PAY GP #1 9-1 | 16.53 | 49.42 |
| 8291 | 10-17-2000 | 32 HOU COMMISSARY FOR 10-17-200 | -7.15 | 42.47 |
| 551 | 10-20-2000 | 13 PERSONAL GIFT FROM MARY ACKERMAN 419649 | 64.00 | 106.27 |
| 675 | 10-31-2000 | 31 OUTSIDE PURCHASES STUDENT LOAN SERV PAYM | -80.00 | 26.27 |
| 1031 | 10-31-2000 | 32 HOU COMMISSARY FOR 10-31-2000 | -22.12 | 4.15 |
| 766 | 11-08-2000 | 10 MAINTENANCE PAYROLL PAY GP #1 10-1 | 19.20 | 23.35 |
| 9011 | 11-09-2000 | 34 RADIO/TV CABLE TV SERVICE | -9.00 | 14.35 |
| 1031 | 11-13-2000 | 32 HOU COMMISSARY FOR 11-12-2000 | -13.93 | .42 |
| 1073 | 12-07-2000 | 10 MAINTENANCE PAYROLL PAY GP #1 11-1 | 14.40 | 14.82 |
| 9012 | 12-12-2000 | 34 RADIO/TV CABLE TV SERVICE | -9.00 | 5.82 |
| 1145 | 12-14-2000 | 13 PERSONAL GIFT FROM MARY ACKERMAN 333858 | 85.00 | 90.82 |
| 1031 | 12-21-2000 | 32 HOU COMMISSARY FOR 12-21-2000 | -15.32 | 75.50 |
| 1201 | 12-22-2000 | 31 OUTSIDE PURCHASES STUDENT LOAN SERV PAYM | -50.00 | 25.50 |

```
                            BALANCE AFTER THESE TRANSACTION--   25.50
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE   5/01/2001
REMOTE PRINT TIME 12:59              FROM PURGE FILE           PAGE          1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| CW5843 | ACKERMAN | EDWARD | | 50.19 |

| BATCH # | DATE MO DY YEAR | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|
| 9010 | 10-05-2000 34 | RADIO/TV CABLE TV SERVICE | -9.00 | 41.19 |
| 8285 | 10-11-2000 32 | HOU COMMISSARY FOR10-11-2000 | -8.30 | 32.89 |
| 451 | 10-12-2000 10 | MAINTENANCE PAYROLL PAY GP #1 9-1 | 16.53 | 49.42 |
| 8291 | 10-17-2000 32 | HOU COMMISSARY FOR 10-17-200 | -7.15 | 42.47 |
| 551 | 10-20-2000 13 | PERSONAL GIFT FROM MARY ACKERMAN 419649 | 64.00 | 106.27 |
| 675 | 10-31-2000 31 | OUTSIDE PURCHASES STUDENT LOAN SERV PAYM | -80.00 | 26.27 |
| 1031 | 10-31-2000 32 | HOU COMMISSARY FOR 10-31-2000 | -22.12 | 4.15 |
| 766 | 11-08-2000 10 | MAINTENANCE PAYROLL PAY GP #1 10-1 | 19.20 | 23.35 |
| 9011 | 11-09-2000 34 | RADIO/TV CABLE TV SERVICE | -9.00 | 14.35 |
| 1031 | 11-13-2000 32 | HOU COMMISSARY FOR 11-12-2000 | -13.93 | .42 |
| 1073 | 12-07-2000 10 | MAINTENANCE PAYROLL PAY GP #1 11-1 | 14.40 | 14.82 |
| 9012 | 12-12-2000 34 | RADIO/TV CABLE TV SERVICE | -9.00 | 5.82 |
| 1145 | 12-14-2000 13 | PERSONAL GIFT FROM MARY ACKERMAN 333858 | 85.00 | 90.82 |
| 1031 | 12-21-2000 32 | HOU COMMISSARY FOR 12-21-2000 | -15.32 | 75.50 |
| 1201 | 12-22-2000 31 | OUTSIDE PURCHASES STUDENT LOAN SERV PAYM | -50.00 | 25.50 |

BALANCE AFTER THESE TRANSACTION--  25.50

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM        RUN         IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING       DATE    5/01/2001
REMOTE PRINT TIME 12:59              FROM PURGE FILE            PAGE            1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| CW5843 | ACKERMAN | EDWARD | | 25.50 |

| BATCH # | DATE MO DY YEAR | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|
| 9101 | 01-11-2001 | 34 RADIO/TV CABLE TV SERVICE | -9.00 | 16.50 |
| 8107 | 01-17-2001 | 32 HOU COMMISSARY FOR 1/17/2001 | -4.57 | 11.93 |
| 8023 | 01-23-2001 | 32 HOU COMMISSARY FOR 1/23/2001 | -5.73 | 6.20 |
| 1633 | 01-25-2001 | 10 MAINTENANCE PAYROLL PAY GR. #2 12/15/00 | 16.50 | 22.70 |
| 1656 | 01-29-2001 | 13 PERSONAL GIFT FROM MARY ACKERMAN 335425 | 80.00 | 102.70 |
| 1766 | 02-06-2001 | 31 OUTSIDE PURCHASES STUDENT LOAN SERV PAYM | -80.00 | 22.70 |
| 9102 | 02-08-2001 | 34 RADIO/TV CABLE TV SERVICE | -9.00 | 13.70 |
| 8044 | 02-13-2001 | 32 HOU COMMISSARY FOR 02-13-2001 | -12.50 | 1.20 |
| 1940 | 02-23-2001 | 10 MAINTENANCE PAYROLL PAY GR. #2 1/15/01 | 20.00 | 21.20 |
| 2046 | 02-28-2001 | 13 PERSONAL GIFT FROM MARY ACKERMAN 495731 | 90.00 | 111.20 |
| 2002 | 03-01-2001 | 31 OUTSIDE PURCHASES STUDENT LOAN SERV PAYM | -80.00 | 31.20 |
| 9103 | 03-08-2001 | 34 RADIO/TV CABLE TV SERVICE | -9.00 | 22.20 |
| 8067 | 03-08-2001 | 32 HOU COMMISSARY FOR 03-08-2001 | -10.04 | 12.16 |
| 8074 | 03-15-2001 | 32 HOU COMMISSARY FOR 03-15-2001 | -11.84 | .32 |
| 2286 | 03-22-2001 | 10 MAINTENANCE PAYROLL PAY GR. #2 2/15/01 | 19.00 | 19.32 |
| 2324 | 03-27-2001 | 13 PERSONAL GIFT FROM MARY ACKERMAN 101443 | 80.00 | 99.32 |
| 8088 | 03-29-2001 | 32 HOU COMMISSARY FOR 03-29-2001 | -14.28 | 85.04 |
| 2658 | 04-01-2001 | 31 OUTSIDE PURCHASES STUDENT LOAN SERV PAYM | -65.00 | 20.04 |
| 9104 | 04-12-2001 | 34 RADIO/TV CABLE TV SERVICE | -9.00 | 11.04 |

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM         RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING        DATE   5/01/2001
REMOTE PRINT TIME 12:59           FROM PURGE FILE             PAGE           2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| CW5843 | ACKERMAN | EDWARD | |

| BATCH # | DATE MO DY YEAR | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|
| 8109 | 04-19-2001 | 31 HOU COMMISSARY FOR 4-19-2001 | -9.92 | 1.16 |
| 2675 | 04-27-2001 | 10 MAINTENANCE PAYROLL PAY GP #2 3/15/01 | 22.68 | 23.84 |
| | | BALANCE AFTER THESE TRANSACTIONS-- | | 23.84 |

## AFFIDAVIT

I verify under penalty of perjury that the attached statement of account. is true and correct. This statement lists all assets I own.

I submitted the IFP form to the inmate accounts and only received a copy of my account statements for the last six months without a verification. I have tried to obtain a verification of some type from prison officials, but have been unsuccessful in these attempts. In order to meet filing deadlines I can not wait any longer to submit my paperwork.

ON THIS DATE: May 29, 2001

Edward Ackerman
CW-5843
P.O. Box 1000
Houtzdale, PA 16698