August 20, 2001
Edward Ackerman
CW-5843
P.O. Box 1000
Houtzdale, PA 16698

U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

Re: 1:01-cv-01048   (Judge Caldwell)

Dear Sir or Madam:

    I filed a Writ of Habaeas Corpus and was given the above listed number. On June 18, 2001 I received an administrative order from Judge Caldwell with a 45 day stay. The stay expired almost three weeks ago.

    I would like to know if the respondents have been served? If not is there anything which I need to accomplish prior to this going forward.

    Thank you for your time. I await your response

Sincerely yours;

Edward Ackerman