*see all*

8/27/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD ACKERMAN, :
: 
      Petitioner :
: CIVIL NO. 1:CV-01-1048
  v. :
: (Judge Caldwell)
JOHN MCCULLOUGH, :
:
      Respondent :

FILED
HARRISBURG, PA

AUG 2 3 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

O R D E R

AND NOW, this 23rd day of August, 2001, it is ordered that:

1. Petitioner's application to proceed <u>in forma pauperis</u> (doc. 2) is denied as moot as Petitioner has paid the $5.00 filing fee.

2. The Clerk of Court is directed to serve a copy of the petition and this order by certified mail on the Attorney General of the Commonwealth of Pennsylvania and the District Attorney of Schuylkill County.

3. Within twenty days of the date of this order, Respondents shall answer the allegations in the petition for writ of habeas corpus. Consistent with Rule 5 of the Rules Governing § 2254 Cases in the United States Courts, the answer shall:

   (a) state whether the Petitioner has exhausted state remedies available under state law with respect to each claim presented, including any postconviction remedies;

   (b) be accompanied by those portions of any transcripts the Respondents deem relevant to disposing of the claims raised in the petition;

  (c) indicate what other proceedings that might be relevant to the petition have been recorded but have not yet been transcribed;

  (d) be accompanied by copies of any of the Petitioner's briefs on appeal, either from the judgment of conviction or from an adverse decision in a postconviction proceeding; copies of any opinions of the appellate courts in those proceedings; and any PCRA petitions.

4. Respondents shall file a memorandum of law with the answer. The memorandum shall set forth the relevant facts and procedural history of the case, a recommended disposition of the petition, and citations to pertinent case law.

5. Petitioner shall, if he so desires, file a reply brief within fifteen days of receipt of the Respondents' filings.

6. A determination whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of Respondents' answer and memorandum of law, and, if any, the Petitioner's reply.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 23, 2001

Re: 1:01-cv-01048   Ackerman v. McCullough

True and correct copies of the attached were mailed by the clerk to the following:

Edward Ackerman
SCI-HOUTZDALE
CW-5843
P.O.Box 1000
Houtzdale, PA   16698-1000

cc:
Judge                               ( ✓ )
Magistrate Judge                    ( )
U.S. Marshal                        ( )
Probation                           ( )
U.S. Attorney                       ( )
Atty. for Deft.                     ( )
Defendant                           ( )
Warden                              ( )
Bureau of Prisons                   ( )
Ct Reporter                         ( )
Ctroom Deputy                       ( )
Orig-Security                       ( )
Federal Public Defender             ( )
Summons Issued                      ( ) with N/C attached
                                    U.S. Marshal ( )

Standard Order 93-5                 ( )
Order to Show Cause                 ( ✗ ) with Petition attached
                                    to: US Atty Gen
                                        DA of County

Bankruptcy Court                    ( )
Other_____              ( )

MARY E. D'ANDREA, Clerk

DATE: 8/23/01                       BY: _____
                                        Deputy Clerk

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Recipient's Name: Frances Filipi
Street, Apt. No.; or PO Box No: 15th Floor SSB
City, State, ZIP+4: DBG PA

Recipient's Name: Claude Shields
Street, Apt. No.; or PO Box No: 401 N 2nd St
City, State, ZIP+4: Pottsville PA 17901

Recipient's Name: John McCullough
Street, Apt. No.; or PO Box No: PO Bx 1000
City, State, ZIP+4: Houtzdale Pa 16698

Recipient's Name: Michael Fisher
Street, Apt. No.; or PO Box No: Strawberry Sq
City, State, ZIP+4: DBG PA

PS Form 3800, February 2000