ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD ACKERMAN, | : | CIVIL NO. 1:CV-01-1048 |
| Petitioner | : | |
| | : | (Judge Caldwell) |
| vs. | : | |
| | : | |
| JOHN McCULLOUGH, | : | |
| Respondent | : | |

FILED
HARRISBUR
AUG 30 2001
MARY E. D'ANDREA, C
Per_____
DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

1. On August 23, 2001, the Honorable William W. Caldwell ordered the Commonwealth to Answer the Petitioner's Habeas Corpus Motion within twenty (20) days.

2. The Commonwealth is preparing for guilty pleas, pre-trial conferences and jury selection within the next two (2) weeks and is unable to answer the petition within this time frame. (See Exhibit A, Schuylkill County Court Calendar, attached hereto).

3. The Commonwealth is respectfully requesting a sixty (60) day extension.

4. This time frame is needed for there are numerous transcripts that have to be copied.

Respectfully submitted,

*Karen Byrnes Noon*
KAREN BYRNES NOON
ASSISTANT DISTRICT ATTORNEY
I.D. No. 44261
SCHUYLKILL COUNTY COURTHOUSE
401 NORTH SECOND STREET
POTTSVILLE, PA 17901
(570) 628-1350

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD ACKERMAN, : CIVIL NO. 1:CV-01-1048
        Petitioner :
: (Judge Caldwell)
    vs. :
:
JOHN McCULLOUGH, :
        Respondent :

### CERTIFICATION OF SERVICE

I hereby certify that I am this day serving a copy of the foregoing Motion for Extension of Time upon the person and in the manner indicated below:

Service by first class mail on:

    Edward Ackerman, #CW-5843
    SCI - Houtzdale
    P. O. Box 1000
    Houtzdale, PA 16698

_____August 29, 2001_____           _/s/ Karen Byrnes-Noon_____
                                                  KAREN BYRNES-NOON
                                                  ASSISTANT DISTRICT ATTORNEY
                                                  I.D. NO. 44261
                                                  SCHUYLKILL COUNTY COURTHOUSE
                                                  401 NORTH SECOND STREET
                                                  POTTSVILLE, PA 17901-2520
                                                  (570) 628-1350

# SCHUYLKILL COUNTY COURT CALENDAR 2001

| CRIMINAL | JAN 01 | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | JAN 02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Criminal Plea Negotiation | Nov 29 | | Jan 31 | | April 4 | | | | July 18 | | Sept 26 | | Dec 5 |
| Prisoner Pleas - 9:30 a.m. | Dec 26 | | Feb 27 | | May 1 | | | | Aug 28 | | Oct 23 | | Dec 31 |
| Guilty Plea Dates 9:30 a.m. & 1:30 p.m. | Dec 27 | | Feb 28 | | May 2 | | | | Aug 28, 29 | | Oct 24 | | Jan 2 |
| Plea Paperwork Cut-off | Dec 13 | | Feb 14 | | April 18 | | | | Aug 1 | | Oct 10 | | Dec 18 |
| DA Transmittal to Court | Dec 19 | | Feb 20 | | April 24 | | | | Aug 7 | | Oct 16 | | Dec 24 |
| Trial List Certification | Dec 20 | | Feb 21 | | April 25 | | | | Aug 22 | | Oct 17 | | Dec 26 |
| Continuance Date | Dec 29 | | Mar 2 | | May 4 | | | | Aug 31 | | Oct 26 | | Jan 4 |
| Pre-Trial Conference | Jan 2 | | Mar 6 | | May 8 | | | | Sept 4 | | Oct 30 | | Jan 8 |
| Criminal Jury Selection Dates | Jan 4-5, 9,12 | | Mar 8-9,13,16 | | May 10-11, 16,18 | | | | Sept 6-7,12,17 | | Nov 1-2, 8,13 | | Jan 10-11,15,18 |
| Criminal Jury Trials | Jan 8-12,15,16 | | Mar 12-16,19,20 | | May 14, 16-18, 21,22 | | | | Sept 10-14,17-21 | | Nov 5,7-9,13-15 | | Jan 14-18,21,22 |
| General Pleas | Jan 5 | | Mar 9 | | May 11 | | | | Sept 7 | | Nov 2 | | Jan 11 |
| Fast Track ARD Dates | Jan 3 | Feb 1 | Mar 7 | Apr 5 | May 9 | June 6 | July 5 | Aug 2 | Sept 5 | Oct 3 | Oct 31 | Dec 5 | Jan 3 |
| **CIVIL** Jury Selection | | Feb 2,7 | | Apr 6,11 | | June 8,13 | | | | Oct 5,10 | | Dec 7,12 | |
| Civil Trials | | Feb 5-9 12-16 | | Apr 9-12 16-20 | | June 11-15,18-22 | | | | Oct 8-12 15-19 | | Dec 10-14,17-21 | |
| **ARBITRATION DATES** Last Day to Order Cases on Arbitration List | Dec 15 | Jan 12 | Feb 9 | Mar 16 | Apr 12 | May 18 | | Jul 6 | Aug 17 | Sept 14 | Oct 12 | Nov 9 | Dec 14 |
| Arbitration Hearing Dates | Jan 22,23 | Feb 20,21 | Mar 26,27 | Apr 23,24 | May 29,30 | June 25,26 | | Aug 13,14 | Sept 24,25 | Oct 22,23 | Nov 19,20 | Dec 17,18 | Jan 21,22 |
| **ORPHAN'S COURT** Last Day to File Accts. | Nov 29 | Jan 3 | Jan 31 | Feb 28 | Mar 28 | May 2 | May 30 | June 27 | Aug 1 | Aug 29 | Oct 3 | Oct 31 | Nov 28 |
| Audit Submission Date | Jan 3 | Feb 7 | Mar 7 | Apr 4 | May 2 | June 6 | July 4 | Aug 1 | Sept 5 | Oct 3 | Nov 7 | Dec 5 | Jan 2 |
| **BENCH BAR** Conference | | | | | | | | | | Oct 29 | | | |
| Committee Day | | | Mar 21 | | | | | | Sept 27 | | | | |

Orphan's Court motions shall be filed in the Office of Register of Wills during business hours Monday thru Friday for transmittal to the Deputy Court Administrator of Orphan's Court Division.

## SHERIFF'S SALES

| Date of Sale | Last Day to File Accounts |
|---|---|
| February 16, 2001 | November 29, 2000 |
| April 20, 2001 | January 31, 2001 |
| June 15, 2001 | March 28, 2001 |
| August 17, 2001 | May 30, 2001 |
| October 19, 2001 | August 1, 2001 |
| December 21, 2001 | October 3, 2001 |
| February 15, 2002 | November 28, 2001 |

## SCHUYLKILL COUNTY DISTRICT JUSTICES

**District Justice Charles V. Moran**
District Court #21-3-02
2276 West Market Street • Pottsville, PA 17901
(570) 622-4050 / FAX (570) 628-6805

**District Justice Bernadette J. Nahas**
District Court #21-2-01
619 West Oak Street • Frackville, PA 17931
(570) 874-1704 / FAX (570) 874-2360

**District Justice James R. Ferrier**
District Court #21-3-03
Borough Building • Orwigsburg, PA 17961
(570) 366-0244 / FAX (570) 366-8901

**District Justice Andrew B. Zelonis**
District Court #21-3-06
Rear, 320 E. Broad Street • Tamaqua, PA 18252
(570) 668-3535 / FAX (570) 668-1750

**District Justice David A. Plachko**
District Court #21-3-01
Borough Building, 2nd Street • Port Carbon, PA 17965
(570) 628-5351 / FAX (570) 628-5394

**District Justice James K. Reiley**
District Court #21-3-07
200 North Centre Street • Pottsville, PA 17901
(570) 622-9181 / FAX (570) 628-6815

**District Justice William A. Slezosky**
District Court #21-3-05
930 West Center Street • Mahanoy City, PA 17948
(570) 773-1518 / FAX (570) 773-1390

**District Justice Carol A. Pankake**
District Court #21-3-04
19 North Pine Street • Tremont, PA 17981
(570) 695-3128 / FAX (570) 695-2606

---

COURT OF COMMON PLEAS
SCHUYLKILL COUNTY, PENNSYLVANIA

# COURT CALENDAR 2001

**William E. Baldwin**
**President Judge**

Cyrus P. Dolbin **Judge**          D. Michael Stine **Judge**

John E. Domalakes **Judge**        Jacqueline L. Russel **Judge**

Joseph F. McCloskey
**Assigned to Commonwealth Court**

Wilbur H. Rubright
**Senior Judge**

Claude A. L. Shields
District Attorney

Harry A. Rubright **Public Defender**          Stephen M. Lukach, Jr. **Clerk of Courts**

Francis V. McAndrew **Sheriff**          Peter J. Symons **Prothonotary**

Matthew A. Dudish **Recorder of Deeds**          George A. Uritis **Register of Wills**

Lois A. Wallauer
**District Court Administrator**
Schuylkill County Courthouse
401 N. 2nd Street
Pottsville, PA 17901
**(570) 628-1331**
**FAX (570) 628-1108**