
9/6/01

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)   B. Date of Delivery AUG 24 2001
C. Signature: X Thomas Plain
☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

Article Addressed to:
Mr. Michael Fisher
5th Floor Strawberry Sq.
Harrisburg, PA 17120

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 0005200023016648835    1-CV-01-1048 J Caldwell Sconda 8/23/01
Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

FILED
HARRISBURG
SEP 0 5 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

1-CV-01-1048
Show Cause
Order
8/23/01

---

1 of 4

Article Addressed to:
Mr. Francis Filipi
Dept. Atty Gen
5th Floor Strawberry Sq.
Harrisburg, PA 17120

D. Is delivery address different from item 1? ☐ Yes ☐ No  ☒ Addressee

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 000520002301647944    1-CV-01-1048 J Caldwell Sconda 8/23/01
Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

2 of 4

John McCullough
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 200 0520 0023 0166 4845    1-CV-01-1048 J Caldwell Sconda 8/23/01
Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

3 of 4

Claude A.L. Shields
Dist Atty-Schuylkill Co.
101 N. 2nd St
Pottsville PA 17901

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Copy from service label)    1-CV-01-1048 J Caldwell 8/23/01