*See Attachment* 9/6/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD ACKERMAN, :
:
    Petitioner :
: CIVIL NO. 1:CV-01-1048
v. :
: (Judge Caldwell)
JOHN MCCULLOUGH, :
:
    Respondent :

## O R D E R

AND NOW, this 5a day of September, 2001, it is ORDERED that upon consideration of Respondent's request for additional time to respond to the petition for writ of habeas corpus, IT IS ORDERED THAT said motion is GRANTED. A response to the petition for writ of habeas corpus shall be filed on or before November 16, 2001.

Petitioner Ackerman may file a traverse within fifteen (15) days of receipt of the Respondent's filings.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge



FILED
SEP 5 2001
PER /s/
HARRISBURG, PA.    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 5, 2001

Re: 1:01-cv-01048   Ackerman v. McCullough

True and correct copies of the attached were mailed by the clerk to the following:

```
Edward Ackerman
SCI-HOUTZDALE
CW-5843
P.O.Box 1000
Houtzdale, PA  16698-1000

Karen Byrnes-Noon, Esq.
Schuylkill County Courthouse
401 North Second Street
Pottsville, PA  17901

Francis R Filipi
Deputy Atty General
Office Of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

Claude Shields
Schuylkill County Court
401 N. 2nd Street
Pottsville, PA  17901
```

cc:
| | | | |
|---|---|---|---|
| Judge | (✓) | (✓) Pro Se Law Clerk | Taggart |
| Magistrate Judge | ( ) | ( ) INS | |
| U.S. Marshal | ( ) | ( ) Jury Clerk | |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) with N/C attached to complt. and served by: | | |

```
Standard Order 93-5        ( )     U.S. Marshal ( )    Pltf's Attorney ( )
Order to Show Cause        ( )  with Petition attached & mailed certified mail
                                 to:  US Atty Gen    ( )    PA Atty Gen ( )
                                      DA of County   ( )    Respondents ( )
Bankruptcy Court           ( )
Other_____( )
```

MARY E. D'ANDREA, Clerk

DATE: 9/5/01

BY: /s/ *illegible*
Deputy Clerk