**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD ACKERMAN, | : | CIVIL NO. 1:CV-01-1048 |
| Petitioner | : | |
| | : | (Judge Caldwell) |
| vs. | : | |
| | : | |
| JOHN McCULLOUGH, | : | |
| Respondent | : | |

FILED
HARRISBURG

OCT 0 5 2001

MARY E. D'ANDREA, CLE
Per_____
DEPUTY CLERK

COMMONWEALTH'S ANSWER TO
DEFENDANT'S HABEAS CORPUS PETITION/
COMMONWEALTH'S MOTION TO DISMISS PETITION

1. The Defendant filed this habeas corpus petition on June 13, 2001.

2. June 6, 2000, was the date of the final judgment of Defendant's case. This was an order from the Pennsylvania Supreme Court denying certiorari. Defendant appealed the denial of Defendant's Post-Conviction Proceeding (Exhibit A).

3. The Commonwealth moves to dismiss this petition as untimely. 28 U.S.C. 2244(d)(1)A.

Respectfully submitted,

Karen Byrnes-Noon
KAREN BYRNES-NOON
ASSISTANT DISTRICT ATTORNEY
I.D. No. 44261
SCHUYLKILL COUNTY COURTHOUSE
401 NORTH SECOND STREET
POTTSVILLE, PA 17901
(570) 628-1350

# **EXHIBIT A**



# Supreme Court of Pennsylvania
## Middle District

IRENE M. BIZZOSO
DEPUTY PROTHONOTARY

SHIRLEY BAILEY
CHIEF CLERK

June 6, 2000

434 MAIN CAPITOL BUILDING
P.O. BOX 624
HARRISBURG, PENNSYLVANIA 17108
(717) 787-6181
http://www.courts.state.pa.us

TO: Edward Ackerman

RE: COMMONWEALTH OF PENNSYVANIA       RESPONDENT
                        v.
    EDWARD ACKERMAN                    PETITIONER

No. 0095 M.D. Allocatur Docket 2000

Dear Counsel:

This is to advise you that the attached order has been entered on the Petition for Allowance of Appeal filed in the above-captioned matter.

Very truly yours,
Office of the Prothonotary
Supreme Court of Pennsylvania

/eh
c: Hon. D. Michael Stine
   Schuylkill; 84 OF 1992
   Criminal Division
   Karen Byrnes-Noon, Esquire

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 0095 M.D. Alloc. Dkt. 2000 |
| Respondent | Petition for Allowance of Appeal from Superior Court |
| v. | |
| EDWARD ACKERMAN, | |
| Petitioner | |

### ORDER

**PER CURIAM**

　　**AND NOW**, this 6th day of June, 2000, the petition for allowance of appeal and the "Motion for appointment of counsel" are denied.

TRUE & CORRECT COPY

ATTEST: JUN 0 6 2000

*Shirley J. Phipps*
SHIRLEY J. PHIPPS
APPELLATE CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD ACKERMAN, : CIVIL NO. 1:CV-01-1048
         Petitioner :
: (Judge Caldwell)
  vs. :
:
JOHN McCULLOUGH, :
         Respondent :

### CERTIFICATION OF SERVICE

I hereby certify that I am this day serving a copy of the foregoing Commonwealth's Answer to Defendant's Habeas Corpus Petition/Commonwealth's Motion to Dismiss Petition upon the person and in the manner indicated below:

Service by first class mail on:

    Edward Ackerman, #CW-5843
    SCI - Houtzdale
    P. O. Box 1000
    Houtzdale, PA 16698

_____October 4, 2001_____      _Karen Byrnes-Noon_
                                                    KAREN BYRNES-NOON
                                                    ASSISTANT DISTRICT ATTORNEY
                                                    I.D. NO. 44261
                                                    SCHUYLKILL COUNTY COURTHOUSE
                                                      401 NORTH SECOND STREET
                                                     POTTSVILLE, PA 17901-2520
                                                     (570) 628-1350