JUDGE'S COPY

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD ACKERMAN          : CIVIL NO. 1-CV-01-1048
    Petitioner           :
                         : (Judge Caldwell)
    vs.                  :
                         :
JOHN McCULLOUGH          :
    Respondent           :

FILED
HARRISBURG

OCT 16 2001

MARY E. D'ANDREA, CLE
Per_____
DEPUTY CLERK

**MOTION IN RESPONSE TO COMMONWEALTH's MOTION TO DISMISS**

TO THE HONORABLE JUDGES OF SAID COURT:

1.   On October 10, 2001 Petitioner received the Commonwealth's Motion To Dismiss.

2.   Petitioner placed his Habeas Corpus petition in the prison mailbox on May 29, 2001 (see attached inmate cash slips, Exhibit A) nine (9) days prior to the deadline.

3.   The prison accounting department did not deduct the five (5) dollar filing fee until June 7, 2001, and the prison mailroom did not post the documents until June 9, 2001.

4.   The Clerk of Court did not receive these documents until June 13, 2001.

5.   Petitioner has no control over the actions of the prison staff in processing mail and should not be denied access due to the slow rate at which staff completes it's duties.

Respectfully submitted,

Edward Ackerman
CW-5843
P.O. Box 1000
Houtzdale, PA 16698

Oct 11, 2001

**DC-138A**

## CASH SLIP

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE**
Ed Abraham    DATE 3/29/01

INSTITUTIONAL NUMBER CU-3843    LOCATION JB-31

**2. RECEIVING INMATE**
INSTITUTIONAL NUMBER    LOCATION    DATE

**3. ITEMS TO BE CHARGED TO MY ACCOUNT**

Please deduct for Postage
To: United States District Court
Middle District of PA

1.39
$

**4. INMATE'S SIGNATURE**

**5. OFFICIAL APPROVAL**

**6. BUSINESS OFFICE'S SPACE**
CHARGE ENTERED    DATE    BOOKKEEPER
$

---

**DC-138A**

## CASH SLIP

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE**
Ed Abraham    DATE 5/29/01

INSTITUTIONAL NUMBER CU-3843    LOCATION JB-31

**2. RECEIVING INMATE**
INSTITUTIONAL NUMBER    LOCATION    DATE

**3. ITEMS TO BE CHARGED TO MY ACCOUNT**

Please Deduct $500
to pay filing fee to:
United States District Court
Middle District of PA.

RECEIVED
INMATE ACCOUNTS
JUN 0 5 2001
SCI-HOUTZDALE
PO BOX 1000 HOUTZDALE, PA

**4. INMATE'S SIGNATURE**

**5. OFFICIAL APPROVAL**

**6. BUSINESS OFFICE'S SPACE**
CHARGE ENTERED    DATE    BOOKKEEPER
$