*see ord*

⑬
10/24/01
SC

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD ACKERMAN,                  :
                                  :
         Petitioner               :
                                  :   CIVIL NO. 1:CV-01-1048
    v.                            :
                                  :   (Judge Caldwell)
JOHN MCCULLOUGH,                  :
                                  :
         Respondent               :

FILED
HARRISBURG, PA

OCT 2 3 2001

MARY E. D'ANDREA, CLERK
PER_____/DEPUTY CLERK

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On August 23, 2001, this Court issued respondent an Order to Show Cause requesting a response to Ackerman's petition for writ of habeas corpus. The order directed respondent, inter alia, to answer the allegations of the petition and to file a memorandum of law with the answer. It further directed that the memorandum shall set forth the relevant facts and procedural history of the case, a recommended disposition of the petition, and citations to pertinent case law. (See Doc. 5, Order). After being granted an enlargement of time to respond to the petition, respondents filed a document styled "Commonwealth's Answer to Defendant's Habeas Corpus Petition/Commonwealth's Motion to Dismiss Petition". It was not accompanied by a supporting memorandum of law.

Therefore, it is Ordered that respondent file a memorandum of law supplementing its answer/motion in response to the petition for

writ of habeas corpus. It is further ordered that Petitioner may file a reply brief within fifteen days of receipt of the Respondents' supplemental filings.

Therefore, it is ordered that:

1. Within ten days of the date of this Order, the Commonwealth shall file a memorandum of law in support of its answer/motion to dismiss the petition (Doc. 11).

2. The Petitioner, if he desires, shall file a reply to the supplemental response within fifteen days of the date of its filing.

*William W Caldwell*
WILLIAM W. CALDWELL
United States District Judge

Date: October 23, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 23, 2001

Re: 1:01-cv-01048    Ackerman v. McCullough

True and correct copies of the attached were mailed by the clerk to the following:

Edward Ackerman
SCI-HOUTZDALE
CW-5843
P.O.Box 1000
Houtzdale, PA  16698-1000

Karen Byrnes-Noon, Esq.
Schuylkill County Courthouse
401 North Second Street
Pottsville, PA  17901

Francis R Filipi
Deputy Atty General
Office Of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

Claude Shields
Schuylkill County Court
401 N. 2nd Street
Pottsville, PA  17901


cc:
Judge                          ( / )            ( / ) Pro Se Law Clerk
Magistrate Judge               (   )            (   ) INS
U.S. Marshal                   (   )            (   ) Jury Clerk
Probation                      (   )
U.S. Attorney                  (   )
Atty. for Deft.                (   )
Defendant                      (   )
Warden                         (   )
Bureau of Prisons              (   )
Ct Reporter                    (   )
Ctroom Deputy                  (   )
Orig-Security                  (   )
Federal Public Defender        (   )
Summons Issued                 (   ) with N/C attached to complt. and served by:

```
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5        ( )
Order to Show Cause        ( ) with Petition attached & mailed certified mail
                               to:  US Atty Gen    ( )   PA Atty Gen ( )
                                    DA of County   ( )   Respondents ( )
Bankruptcy Court           ( )
Other_____   ( )
                                                    MARY E. D'ANDREA, Clerk


DATE:  _____10/23/01_____                   BY:_____/JTB/_____
                                                    Deputy Clerk
```