UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD ACKERMAN,                :
                                :
            Petitioner          :
                                :    CIVIL NO. 1:CV-01-1048
        v.                      :
                                :    (Judge Caldwell)
JOHN MCCULLOUGH,                :
                                :
            Respondent          :

O R D E R

AND NOW, this 20th day of February, 2002, it is ORDERED that upon consideration of Respondent's Motion for Extension of Time to respond to the merits of petitioner's writ of habeas corpus, IT IS ORDERED THAT said motion is GRANTED. However, finding Respondent's request of a 60 day enlargement excessive, Respondent is directed to file a response to the petition for habeas corpus within 45 days of this order. A response to the petition for writ of habeas corpus shall be filed on or before April 8, 2002.

Petitioner Ackerman may file a traverse within 15 days of receipt of the Respondent's filings.

FILED
FEB 20 2002
PER
HARRISBURG, PA.      DEPUTY CLERK

William W. Caldwell
United States District Judge