ORIGINAL


4-12-0
SC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD ACKERMAN            :
   Petitioner,             :   Civil Case No.
   vs.                     :   1-CV-01-1048
JOHN McCULLOUGH            :   (Judge Caldwell)
   Respondent              :

FILED
HARRISBURG, PA
APR 11 2002
MARY E. D'ANDREA, CL
Per /s/
Deputy Clerk

MOTION FOR EXTENSION OF TIME TO GRANT RESPONDENT THE
OPPORTUNITY TO PROPERLY ANSWER §2254 PETITION

AND NOW, THIS 6th day of April, 2002 Your Petitioner requests this Honorable Court to grant an extension of time and presents the following facts in support thereof.

1. Petitioner filed a §2254 motion with this Honorable Court on June 13, 2001.

2. The Clerk was sent the original typed copy of the Petition which is a two sided form. Page three (3) is on the back of page two (2); and page five (5) is on the back of page (4).

3. The Court ORDERED THE Clerk to send a copy of the Petition along with the ORDER for a response on August 23, 2001.

4. On April 6, 2002, the Petitioner received the Respondent's answer to the Petition. In this answer the Respondent avers he did not receive pages three (3) and five (5) of the Petition.

5. Due to this error the Respondent was not able to answer all parts of the Petition.

6. Petitioner is mailing the Respondent a complete copy of all pages of the petition along with this motion.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD ACKERMAN :
    Petitioner, :
       vs. : Civil Case No.
JOHN McCULLOUGH : 1-CV-01-1048
    Respondent : (Judge Caldwell)
 :

## CERTIFICATE OF SERVICE

I hereby certify that I am on this day serving a copy of the foregoing documents on the person and in the manner indicated below:

Service by first class mail on:

Karen Byrnes-Noon

Assistant Ditrict Attorney

Schuylkill County Courthouse

Pottsville, PA 17901-2520

ON THIS DATE: April 6, 02

Edward Ackerman, pro-se
CW-5843
P.O. Box 1000
Houtzdale, PA 16698



NAME ED ACKERMAN
NUMBER CW-5843
P.O. BOX 1000
HOUTZDALE PA 16698-1000

Inmate Mail
PA Department of Corrections

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PA.
228 WALNUT ST
HARRISBURG, PA 17108

17108+3301

FILED
HARRISBURG PA
APR 11 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

HOUTZDALE PA APR 08'02

$0.57 U.S. POSTAGE
PB 7100713