cc
all
attach

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD ACKERMAN,          :
                          :
        Petitioner        :
                          :     CIVIL NO. 1:CV-01-1048
    v.                    :
                          :     (Judge Caldwell)
JOHN McCULLOUGH,          :
                          :
        Respondent        :

FILED
HARRISBURG, PA

APR 1 6 2002

MARY E. D'ANDREA, CLERK
Per _____

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Presently before the Court is Petitioner's Motion For Extension of time to Grant Respondent the Opportunity to Properly Answer his §2254 Petition (Doc. 21). In his motion, Ackerman notes that upon his review of Respondent's response to his habeas corpus petition Respondent notes that the Clerk of Courts failed to serve him with a complete copy of Ackerman's petition. The Respondent specifically notes pages 3 and 5 were missing. Upon learning of this oversight, Ackerman mailed "Respondent a complete copy of all pages of the petition" in conjunction with the present motion. Petitioner Ackerman now asks this Court to grant Respondent an additional 20 days to file a complete response to his habeas petition.

Ackerman may not file a motion on behalf of a party he does not represent. Therefore, we will deny the motion. However, to the extent that Respondent is now in receipt of the complete

petition, Respondent will be given the opportunity to amend his initial response if he feels it necessary to do so. Likewise, Ackerman will be given additional time to submit a traverse to Respondent's response to his habeas corpus petition.

AND NOW, this 16th day of April, 2002, it is ordered that:

1. Petitioner's Motion for Extension of Time to Grant Respondent the Opportunity to Properly Answer §2254 Petition (doc. 21) is denied.

2. The District Attorney of Schuylkill County may file a supplemental response to Ackerman's habeas corpus petition, if desired, within ten (10) days of the date of this order.

3. Ackerman may file a traverse to Respondent's response to his petition for habeas corpus, within thirty (30) days of the date of this order.

4. The Clerk of Courts is directed to serve the Respondent with a complete copy of Ackerman's petition for habeas corpus (doc. 1).

_William W. Caldwell_
WILLIAM W. CALDWELL
United States District Judge

-2-