**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John McCullough
P.O. Box 1000
Houtzdale, Pa. 16698

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): 
B. Date of Delivery: 4-18-02
C. Signature: X D. Rencharich  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

7001 1140 0000 9829 6981

1-01-cv-1048
O. - 4/16/02

PS Form 3811, March 2001   Domestic Return Receipt   1071   102595-01-M-1424

FILED
HARRISBURG, PA
MAY 1 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1-01-cv-1048
Order of
4-10-02