UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD ACKERMAN,                  :
                                  :
        Petitioner                :
                                  :    CIVIL NO. 1:CV-01-1048
     v.                           :
                                  :    (Judge Caldwell)
JOHN McCULLOUGH,                  :
                                  :
        Respondent                :

O R D E R

AND NOW, this 8th day of August, 2002, it is ordered that:

    1. The petition under 28 U.S.C. § 2254 is denied.

    2. A certificate of appealability is denied.

    3. The Clerk of Court shall close this file.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge


FILED
AUG 8 2002
PER _____
HARRISBURG, PA.    DEPUTY CLERK